IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA STOECKER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BRYN MAWR BANK CORPORATION, ANDREA F. GILBERT, WENDELL F. HOLLAND, SCOTT MAHALEY JENKINS, DIEGO F. CALDERIN, FRANCIS F. LETO, BRITTON H. MURDOCH, LYNN B. MCKEE, MICHAEL J. CLEMENT, A. JOHN MAY, and KEVIN TYLUS,<br><br>　　　　　Defendants. | Civil Action No. 1:21-cv-4273-LJL |

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Patricia Stoecker hereby voluntarily dismisses her claims in the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: July 19, 2021

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　By: */s/ Joshua M. Lifshitz*
　　　　　　　　　　　　　　　　　　　　　Joshua M. Lifshitz
　　　　　　　　　　　　　　　　　　　　　Email: jml@jlclasslaw.com
　　　　　　　　　　　　　　　　　　　　　**LIFSHITZ LAW FIRM, P.C.**
　　　　　　　　　　　　　　　　　　　　　1190 Broadway
　　　　　　　　　　　　　　　　　　　　　Hewlett, New York 11557
　　　　　　　　　　　　　　　　　　　　　Telephone: (516) 493-9780

2

Facsimile: (516) 280-7376

*Attorneys for Plaintiff*